UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOSEA MOORE,

  Petitioner,     Case No. 2:24-CV-12852

v.           Honorable Jonathan J.C Grey

BRAMAN,

  Respondent.

_____/

## ORDER DENYING POST-TRANSFER MOTIONS (ECF Nos. 6, 7)

Hosea Moore filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2254. (ECF No. 1.)  This Court transferred the matter to the United States Court of Appeals for the Sixth Circuit as a "second or successive petition" within the meaning of 28 U.S.C. § 2244(b)(3). (ECF No. 5.) After the Court transferred the case to the Sixth Circuit, Moore filed a motion to appoint counsel (ECF No. 6) and motion for Sixth Circuit to send him to the hospital. (ECF No. 7.) Since then, the Sixth Circuit has issued an order denying Moore the right to file a successive habeas petition. (*See* ECF Nos. 8, 9.) Accordingly, as the petition was transferred from this Court, and as the Sixth Circuit has denied Moore the right to file a successive habeas petition and Moore's request for appointment of

- 1 -

counsel (*see* ECF No. 8, PageID.61), the Court **DENIES** Moore's motion to appoint counsel and the motion for Sixth Circuit to send him to the hospital.

     **SO ORDERED**.

<table>
<tr><td></td><td><u>**s/Jonathan J.C. Grey**</u></td></tr>
<tr><td></td><td>JONATHAN J.C. GREY</td></tr>
<tr><td>Dated: April 29, 2026</td><td>United States District Judge</td></tr>
</table>

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 29, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager